**ROCKARD J. DELGADILLO**, City Attorney (SBN 125465x)
**MICHAEL CLAESSENS**, Senior Assistant City Attorney
**CORY M. BRENTE,** Assistant City Attorney
**RENA M. SHAHANDEH**, Deputy City Attorney (SBN 198072)
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA  90012
Email: rena.shahandeh@lacity.org, Phone No.: (213) 978-7047, Fax No.: (213) 978-8785

Attorneys for Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KEVIN CLARK, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LOS ANGELES, a governmental municipality; LOS ANGELES POLICE DEPARTMENT, a public entity; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO.  CV 08-08420 SVW (PLAx)<br><br>**ORDER RE  STIPULATION AND PROTECTIVE ORDER** |

Upon consideration of the parties' Joint Stipulation and the terms and conditions outlined in the stipulation, the Court hereby ORDERED:

**IT IS SO ORDERED.**

Dated: April 8, 2009

_____
Hon. Paul L. Abrams
United States Magistrate Judge